UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:20-cr-00045-JPH-DLP |
| DONTRELL HENDERSON, | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER**

Dontrell Henderson is a federal inmate currently housed at FCI Allenwood Low in White Deer, Pennsylvania. He has filed a motion asking the Court to recommend to the Bureau of Prisons that he be transferred to a facility closer to his legal residence of release, which is in Texas. For the reasons that follow, that motion is **DENIED.** Dkt. [40].

Mr. Henderson argues that the Court may make a recommendation for his transfer pursuant to the First Step Act of 2018, which provides that "The Bureau of Prisons shall designate the place of the prisoner's imprisonment, and shall, . . . place the prisoner in a facility as close as practicable to the prisoner's primary residence, and to the extent practicable, in a facility within 500 driving miles of that residence." 18 U.S.C. § 3621(b). Because FCI Allenwood is more than 500 miles from Texas, Mr. Henderson would like this Court to recommend he be transferred to "Sigoville Camp" in Texas, which is 45 minutes from his release address. While Mr. Henderson explains that he meets the BOP's criteria for a transfer, the document that Mr. Henderson

1

attached to his motion, dkt. 40-1, explains "that under the First Step Act, the BOP's decision to approve or deny the request [for transfer] is not judicially reviewable."

This explanation is consistent with the First Step Act, which provides that "[n]otwithstanding any other provision of law, a designation of a place of imprisonment under this subsection is not reviewable by any court." 18 U.S.C. § 3621(b). Mr. Henderson has not pointed to any other provision of law that would give the Court authority to review the BOP's decision. Therefore, the Court "has no authority to order the BOP to make any placement decisions under the First Step Act." *Nathan v. Watson*, 2:19-cv-00605-JMS-MJD, 2020 WL 979873, at *2 (S.D. Ind. Feb. 28, 2020) (citing *United States v. Edwards*, No. 3:14-CR-30173-NJR-3, 2019 WL 5555559, at *4 (S.D. Ill. Oct. 28, 2019)).

Therefore, the motion for recommendation to transfer is **DENIED**. Dkt. [40].

**SO ORDERED.**

Date: 11/4/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Dontrell Henderson
Register Number: 17486-028
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887